UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 21-cr-00134 |
| VERSUS | JUDGE DONALD E. WALTER |
| BILLY RAY MURPHY JR (01) | MAGISTRATE JUDGE HORNSBY |

### ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

THUST DONE AND SIGNED in Shreveport, Louisiana, this 20th day of December, 2021.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE